# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: CHESTER UPLAND SCHOOL DISTRICT

: No. 676 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: CHESTER UPLAND SCHOOL DISTRICT

: No. 677 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: CHESTER UPLAND SCHOOL DISTRICT

: No. 678 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: CHESTER UPLAND SCHOOL DISTRICT

: No. 679 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: CHESTER UPLAND SCHOOL DISTRICT

: No. 680 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:

| | | |
|---|---|---|
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : | No. 681 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT | : | |
| | : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : | No. 682 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT | : | |
| | : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : | No. 683 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT | : | |
| | : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : | No. 684 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT | : | |
| | : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : | No. 685 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT | : | |
| | : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : | No. 686 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |

PETITION OF: CHESTER UPLAND : 
SCHOOL DISTRICT

IN RE: APPOINTMENT OF A RECEIVER : No. 687 MAL 2018
FOR THE CHESTER UPLAND SCHOOL :
DISTRICT :
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
PETITION OF: CHESTER UPLAND :
SCHOOL DISTRICT :


**ORDER**


**PER CURIAM**

    **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is

**DENIED**.


[676 MAL 2018, 677 MAL 2018, 678 MAL 2018, 679 MAL 2018, 680 MAL 2018, 681
MAL 2018, 682 MAL 2018, 683 MAL 2018, 684 MAL 2018, 685 MAL 2018, 686 MAL
2018 and 687 MAL 2018] - 3